Opinion issued December 1, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NOS. 01-10-00883-CR

          01-10-00884-CR

———————————

Jesus Salcido-Diaz, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 178th District Court

Harris County, Texas



Trial Court Case No. 1268918 & 1268919

 



 

MEMORANDUM OPINION

          Appellant
Jesus Salcido‑Diaz has filed motions to dismiss the
appeals.  The motions comply with Texas
Rule of Appellate Procedure 42.2(a).  We
have not issued decisions in the appeals.

          Accordingly,
we grant the motions and dismiss the appeals. 
See Tex. R. App. P. 43.2(f).

 

PER CURIAM

Panel
consists of Justices Jennings, Sharp, and Brown.

Do
not publish.  Tex. R. App. P. 47.2(b).